# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2013

## NO.  03-11-00459-CV

**ICON Benefit Administrators II, L.P.; American Administrative Group, Inc.; and HealthSmart Preferred Care, II, L.P., Appellants**

**v.**

**Greg Abbott, Attorney General of Texas; and The City of Lubbock, Appellees**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

**THE THIRD COURT OF APPEALS**, having heard this cause on appeal from the 345th District Court of Travis County, and having considered the appellate record, briefs, and counsels' arguments, concludes that the district court's order should be affirmed.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The district court's order is affirmed; and

(2) The Court's emergency stay is vacated.

**IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.